IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAROLE DUDLEY,<br>    Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. 18-CV-2111 |
| EDWARD FOY, *et al.*,<br>    Defendants. | : | |

## ORDER

AND NOW, this 29th day of May, 2018, upon consideration of Plaintiff Carole Dudley's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1), her *pro se* Complaint (ECF No. 2), and her *pro se* Motions (ECF Nos. 3 & 4), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. Dudley's Complaint is **DISMISSED** in accordance with the Court's Memorandum. Any federal claims are **DISMISSED with prejudice** for failure to state a claim. Any state law claims are **DISMISSED for lack of subject matter jurisdiction without prejudice** to Dudley filing them in state court, if appropriate.

3. Dudley's Motions are **DENIED**.

4. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

_____
C. DARNELL JONES, II, J.